**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAY 1 6 2018

By: James N. Hatten, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>HUNG VAN NGUYEN,<br>    A/K/A, HENRY NGUYEN,<br>MINH LUONG,<br>PHI NGOC LUONG,<br>HANG MAI NGUYEN,<br>THAO PHOUNG NGUYEN,<br>SEN THI DO,<br>TRUNG BUI,<br>NAM VAN DAO,<br>PHU VINH OANH<br>MINH NGUYEN,<br>BINH VAN HOANG,<br>VINH TO, AND<br>THU THI PHAN | Criminal Indictment<br><br>No. **2 : 1 8 C R 0 0 1 8**<br><br>UNDER SEAL |

THE GRAND JURY CHARGES THAT:

**Count One**

Beginning on a date which is unknown to the grand jury, but at least on or before March 1, 2014, and continuing until on or about September 30, 2017, in the Northern District of Georgia, the defendants,

HUNG VAN NGUYEN,
a/k/a, Henry Nguyen,
MINH LUONG,
PHI NGOC LUONG,
HANG MAI NGUYEN,
THAO PHOUNG NGUYEN,

SEN THI DO,
TRUNG BUI,
PHU VINH OANH,
NAM VAN DAO,
MINH NGUYEN,
BINH VAN HOANG,
VINH TO, and
THU THI PHAN,

did knowingly and intentionally combine, conspire, confederate, agree, and have a tacit understanding with each other and others known and unknown, to violate Title 21, United States Code, Section 841(a), that is, knowingly and intentionally to manufacture and distribute at least 100 kilograms of a mixture and substance containing a detectable amount of Marijuana, a Schedule I controlled substance, and knowingly and intentionally to manufacture and possess with intent to distribute at least 100 Marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(vii).

### Count Two

On or about September 18, 2017, in the Northern District of Georgia, the defendants,

HUNG VAN NGUYEN,
a/k/a, Henry Nguyen,
MINH LUONG,
PHI NGOC LUONG,
HANG MAI NGUYEN, and
THAO PHOUNG NGUYEN,

aided and abetted by each other and others known and unknown to the grand jury, did knowingly and intentionally manufacture at 4025 Ashford Way, Gainesville, Georgia, at least 100 Marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B)(vii) and Title 18, United States Code, Section 2.

### Count Three

On or about September 18, 2017, in the Northern District of Georgia, the defendants,

> HUNG VAN NGUYEN,
> a/k/a, Henry Nguyen,
> MINH LUONG,
> PHI NGOC LUONG,
> HANG MAI NGUYEN, and
> THAO PHOUNG NGUYEN,

aided and abetted by each other and others known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute at 4025 Ashford Way, Gainesville, Georgia, a mixture and substance containing a detectable amount of Marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

3

## Count Four

On or about September 18, 2017, in the Northern District of Georgia, the defendants,

> HUNG VAN NGUYEN,
> a/k/a, Henry Nguyen,
> MINH LUONG,
> PHI NGOC LUONG,
> HANG MAI NGUYEN, and
> THAO PHOUNG NGUYEN,

aided and abetted by each other and others known and unknown to the grand jury, did knowingly and intentionally manufacture at 1363 Beringer Drive, Hoschton, Georgia, at least 100 Marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B)(vii) and Title 18, United States Code, Section 2.

## Count Five

On or about September 18, 2017, in the Northern District of Georgia, the defendants,

> HUNG VAN NGUYEN,
> a/k/a, Henry Nguyen,
> MINH LUONG,
> PHI NGOC LUONG,
> HANG MAI NGUYEN, and
> THAO PHOUNG NGUYEN,

aided and abetted by each other and others known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute at 1363

4

Beringer Drive, Hoschton, Georgia, a mixture and substance containing a detectable amount of Marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## Count Six

On or about September 19, 2017, in the Northern District of Georgia, the defendants,

> TRUNG BUI and
> MINH LUONG,

aided and abetted by each other and others known and unknown, did knowingly and intentionally manufacture at 137 Blanc Way, Braselton, Georgia, Marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## Count Seven

On or about September 19, 2017, in the Northern District of Georgia, the defendants,

> TRUNG BUI and
> MINH LUONG,

aided and abetted by each other and others known and unknown, did knowingly and intentionally possess with intent to distribute at 137 Blanc Way, Braselton, Georgia, a mixture and substance containing a detectable amount of Marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## Count Eight

On or about September 20, 2017, in the Northern District of Georgia, the defendants,

TRUNG BUI,
SEN THI DO,
PHU VINH OANH,
HUNG VAN NGUYEN,
a/k/a, Henry Nguyen,
MINH LUONG, and
PHI NGOC LUONG,

aided and abetted by each other and others known and unknown, did knowingly and intentionally manufacture at 3569 Davis Bridge Drive, Gainesville, Georgia, at least 100 Marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B)(vii) and Title 18, United States Code, Section 2.

## Count Nine

On or about September 20, 2017, in the Northern District of Georgia, the defendants,

TRUNG BUI,
SEN THI DO,
PHU VINH OANH,
HUNG VAN NGUYEN,
a/k/a, Henry Nguyen,
MINH LUONG, and
PHI NGOC LUONG,

aided and abetted by each other and others known and unknown, did knowingly and intentionally possess with intent to distribute at 3569 Davis Bridge Drive,

6

Gainesville, Georgia, a mixture and substance containing a detectable amount of Marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### Count Ten

On or about September 20, 2017, in the Northern District of Georgia, the defendants,

NAM VAN DAO and
MINH NGUYEN,

aided and abetted by each other and others known and unknown, did knowingly and intentionally manufacture at 4371 Shag Bark Drive, Gainesville, Georgia, at least 100 Marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B)(vii) and Title 18, United States Code, Section 2.

### Count Eleven

On or about September 20, 2017, in the Northern District of Georgia, the defendants,

NAM VAN DAO and
MINH NGUYEN,

aided and abetted by each other and others known and unknown, did knowingly and intentionally possess with intent to distribute at 4371 Shag Bark Drive, Gainesville, Georgia, a mixture and substance containing a detectable amount of Marijuana, a Schedule I controlled substance, in violation of Title 21, United

States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## Count Twelve

On or about September 20, 2017, in the Northern District of Georgia, the defendants,

BIN VAN HOANG and
VIN TO,

aided and abetted by each other and others known and unknown, did knowingly and intentionally manufacture at 4748 Melbourne Trail, Flowery Branch, Georgia, Marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## Count Thirteen

On or about September 20, 2017, in the Northern District of Georgia, the defendants,

BIN VAN HOANG and
VIN TO,

aided and abetted by each other and others known and unknown, did knowingly and intentionally possess with intent to distribute at 4748 Melbourne Trail, Flowery Branch Georgia, a mixture and substance containing a detectable amount of Marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## Count Fourteen

On or about September 20, 2017, in the Northern District of Georgia, the defendants,

BIN VAN HOANG and
THU THI PHAN,

aided and abetted by each other and others known and unknown, did knowingly and intentionally possess with intent to distribute at 3708 Fern Creek Drive, Flowery Branch Georgia, a mixture and substance containing a detectable amount of Marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## Forfeiture

1. Upon conviction of any offense alleged in Counts One through Fourteen of this Indictment, the defendants,

HUNG VAN NGUYEN,
A/K/A, HENRY NGUYEN,
MINH LUONG,
PHI NGOC LUONG,
HANG MAI NGUYEN,
THAO PHOUNG NGUYEN,
SEN THI DO,
TRUNG BUI,
NAM VAN DAO,
PHU VINH OANH
MINH NGUYEN,
BINH VAN HOANG,
VINH TO, AND
THU THI PHAN,

9

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including, but not limited to the following:

    a. $75,612.99 in Bank of America account number xxxxxxxx8868, held in the name Thu T. Phan;

    b. $156,972.70 in Bank of America account number xxxxxxxx4817, held in the name Thu T. Phan;

    c. $687.12 in Bank of America account number xxxxxxxx6193, held in the name Thu T. Phan;

    d. $2,970.76 in Bank of America account number xxxxxxxx6201, held in the name Binh V. Hoang;

    e. $860.03 in Bank of America account number xxxxxxxx4809, held in the name Binh V. Hoang.

2. If, as a result of any act or omission of a defendant, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

e.   has been commingled with other property that cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A _____ BILL

_____ FOREPERSON

BYUNG J. PAK
 *United States Attorney*

WILLIAM L. MCKINNON, JR.
 *Assistant United States Attorney*
Georgia Bar No. 495812

JULIET ALDRIDGE
 *Special Assistant United States Attorney*
Georgia Bar No. 008330

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

11